IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


DAVID ALDERETE, JOE E. CHAVEZ,
ERNEST DURAN, DAVID GONZALES,
MICHAEL HOLTON, JOE LOVATO,
MICHELLE SALAS, ANTHONY TELLES,
DAVID WHITTEN, and ROGER ZAPLIN,

       Plaintiffs,

vs.                                 Civ. No. 01-997 WJ/WWD ACE

CITY OF ALBUQUERQUE, JIM BACA,
Mayor of Albuquerque, LAWRENCE RAEL,
Chief Administrative Officer, ORLANDO SEDILLO,
Former SWMD Director, MIKE TRUJILLO, SWMD
Director, PEGGY A. HARDWICK, Employee
Relations Director, MARGIE BACA ARCHULETA,
City Clerk, ALBUQUERQUE CITY COUNCIL, and
BRAD WINTER, City Council President,

       Defendants.

MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendants' Motion to Compel Plaintiffs to

Respond to Defendants' First Set of Interrogatories and First Set of Requests for Production

[docket no. 29]. The motion was filed January 10, 2002, and no response has been filed. The

discovery in question was served on Plaintiffs on November 15, 2001, and responses were due

December 18, 2001. No response was made, and no extension was requested. I find that all

objections to the discovery have been waived.

       **WHEREFORE,**

**IT IS ORDERED** that on or before February 22, 2002, Plaintiffs, and each of them, shall serve on Defendants full and complete responses to Defendants' first set of interrogatories.

**IT IS FURTHER ORDERED** that on or before February 22, 2002, Plaintiffs, and each of them, shall serve on Defendants copies of all materials sought in the requests for production made by Defendants, indicating which documents are supplied in response to which request, and also indicating where no documents are being supplied in connection with each request where that is the case.

_____
UNITED STATES MAGISTRATE JUDGE